April 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SUSAN MEEK, M.D. Appellant

NO. 14-12-00348-CV            V.

ROCKNE ONSTAD, INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM, AND JOYCE STAMP LILLY, INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, R.N., J.D., P.C. Appellees

————————————————

ROCKNE ONSTAD, INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM, AND JOYCE STAMP LILLY, INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, R.N., J.D., P.C. Appellants

NO. 14-12-00463-CV            V.

SUSAN MEEK, M.D. Appellee

————————————————

In Cause No. 14-12-00348-CV, SUSAN MEEK, M.D. appeals from a judgment signed on December 29, 2011. This cause was heard on the transcript of the record. In Cause No. 14-12-00348-CV, we have inspected the record and find no error in the judgment. In Cause No. 14-12-00348-CV, we order the judgment of the court below **AFFIRMED**. We further order that all costs incurred in Cause No. 14-12-00348-CV be paid by appellant SUSAN MEEK, M.D. We further order this decision certified below for observance.

In Cause No. 14-12-00463, ROCKNE ONSTAD, INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM, AND JOYCE STAMP LILLY, INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, R.N., J.D., P.C. appeal from a judgment signed on December 29, 2011. This cause was heard on the transcript of the record. In Cause No. 14-12-00463, we have inspected the record and find no error in the judgment. In Cause No. 14-12-00463, we order the judgment of the court below **AFFIRMED**. We further order that all costs incurred in Cause No. 14-12-00463 be paid by appellants ROCKNE ONSTAD, INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM, AND JOYCE STAMP LILLY, INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, R.N., J.D., P.C., jointly and severally. We further order this decision certified below for observance.